IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MACK A WEST, JR.,

    Petitioner,                                    No. CIV S-09-3147 FCD DAD P

    vs.

KATHLEEN DICKINSON, Warden,

    Respondent.                              <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a second amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an order to show cause, for a court order allowing discovery, for an evidentiary hearing, and for the appointment of counsel.

        Petitioner filed an identical motion with the court a little more than two months ago. For the same reasons set out in its order of April 21, 2011, the court will deny petitioner's motion. The court also cautions petitioner that frequent filing of motions or requests involving issues that the court has already addressed may be viewed as an abuse of process and result in the imposition of sanctions. At this time, petitioner is under no obligation to file anything with the court until respondent files a responsive pleading to his second amended petition.

/////

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's June 22, 2011 motion
2 (Doc. No. 59) is denied.
3 DATED: July 5, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:9
west3147.110+(2)