IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MACK A. WEST, JR.,

      Petitioner,                      No.  CIV S-09-3147 KJM DAD P

      vs.

KATHLEEN DICKINSON, Warden,

      Respondent.                   <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a second amended petition for writ of habeas corpus.  Petitioner has filed a motion to compel discovery in which he seeks a court order requiring counsel for respondent to provide him with copies of Exhibits A through R to respondent's answer.  Petitioner also asks for copies of his original, first amended, and second amended petitions.  According to petitioner, prison guards have confiscated these documents from him  and he will not be able to complete his traverse without them.  Petitioner has also filed a fourth motion for an extension of time to file and serve a traverse.

        In the interest of justice, the court will grant petitioner's motion to compel in part and direct the Clerk of the Court to send petitioner copies of respondent's Exhibits A through R and copies of his original, first amended, and second amended petition.  In addition, good cause appearing, the court will grant petitioner's motion for an extension of time to file his traverse.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to compel (Doc. No. 74) is granted in part;

2. The Clerk of the Court is directed to send petitioner copies of Exhibits A through R to respondent's answer as well as copies of his original, first amended, and second amended petitions;

3. Petitioner's motion for an extension of time (Doc. No. 75) is granted; and

4. Within thirty days of the date of service of this order, petitioner shall file and serve a traverse.

DATED: January 4, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
west3147.111t(4)