IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MACK A. WEST, JR.,

    Petitioner,                    No.  2: 09-cv-3147 KJM DAD P

    vs.

KATHLEEN DICKINSON, Warden,

    Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding *pro se* with a second amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Respondent answered the second amended petition on August 2, 2011. Petitioner was then granted multiple extensions of time to file a traverse. Instead, on April 2, 2012, petitioner filed a motion for leave to file a third amended petition for writ of habeas corpus. To date, respondent has not filed either a response in opposition to the motion for leave to file a third amended petition nor a statement of non-opposition.

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that respondent shall file and serve her
2 opposition, or a statement of non-opposition, to petitioner's motion for leave to file a third
3 amended petition within twenty-one (21) days of the date of this Order.
4 DATED: September 18, 2012.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:dpw
DAD1/prisoner-habeas/west3147.respmot3dpet