IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MACK A. WEST, JR.,

     Petitioner,                    No.  2:09-cv-3147 KJM AC P

     vs.

KATHLEEN DICKINSON, Warden,

     Respondent.                  <u>ORDER</u>

                                /

        On January 4, 2013, the court ordered respondent to respond to petitioner's request for discovery, in which petitioner alleged that he did not have access to his legal files and would need discovery in order to prepare his traverse.  ECF No. 98.  The court held in abeyance petitioner's deadline to file his traverse pending disposition of the order to show cause.

        Respondent has now responded to the order to show cause, and advises the court that petitioner has access to his legal files and that respondent has provided petitioner with the requested discovery.  ECF No. 99.  Accordingly, the court will discharge the order to show cause, and direct that the petitioner filed his traverse within 60 days of the filing date of this order.

        Good cause appearing, IT IS HEREBY ORDERED that:

1

1. The court's January 4, 2013 order to show cause (ECF No. 98) is discharged; and

2. Petitioner shall file and serve a traverse within 60 days of the filing date of this order.

DATED: February 1, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ac:rb/west3147.osc(2)