UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK A. WEST, JR., | No. 2:09-cv-03147-KJM-AC-P |
| Petitioner, | |
| v. | ORDER |
| RANDY GROUNDS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through appointed counsel with a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  Currently pending before the court is petitioner's motion for leave to amend his federal habeas petition as well as a proposed fourth amended petition which were both filed while petitioner was pro se.  See ECF Nos. 116 (motion for leave to amend); 117 (proposed fourth amended petition).  Based on issues raised in the motion for leave to amend as well as the opposition filed by respondent, the court appointed counsel to represent petitioner.  ECF No. 124.  In this same order, the court directed appointed counsel to file a supplemental motion for leave to file the fourth amended petition with supporting documentation of petitioner's mental health status between February 19, 2009 and September 25, 2013.  ECF No. 124 at 2.

Petitioner has filed a second motion for a 90 day extension of time to file this supplemental motion for leave to amend which respondent does not oppose.  See ECF No. 129.

1

In the motion counsel for petitioner indicates that she needs an additional 90 days to review and analyze voluminous medical records which she just received in order to address the issues raised in this court's November 19, 2013 order appointing counsel.  See ECF No. 124.

The request for additional time is reasonable.  Rather than requiring counsel to further brief a motion that was filed in pro per, however, especially in light of the complexity of the issues and the volume of records involved, the court will vacate the pending motion and order that petitioner file a renewed motion to amend in the time requested.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Petitioner's pro se motion to amend his federal habeas corpus petition (ECF No. 116) is vacated;

2. Petitioner's motion for an extension of time (ECF No. 129) is denied as moot;

3. Counsel for petitioner shall file a renewed motion for leave to file a fourth amended habeas petition, together with a proposed fourth amended petition, no later than July 16, 2014. Respondent shall have thirty days to file any opposition thereto.  Petitioner's reply shall be due fourteen days after the filing date of any opposition filed by respondent.

4. A further briefing schedule will be set upon resolution of the renewed motion for leave to amend the petition.

DATED: April 14, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2