Stephanie M. Adraktas
State Bar #215323
2625 Alcatraz Avenue, #233
Berkeley, CA 94705
415-699-1507
stephanieadraktas@att.net
Attorney for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK WEST, JR., | Case No.: CIV 2:09-cv-3147-KJM-AC P |
| Petitioner, | |
| vs. | ~~PROPOSED~~ ORDER GRANTING LEAVE TO FILE TRAVERSE |
| RANDY GROUNDS, et al., WARDEN | |
| Defendant | |

For the reasons stated in the foregoing Notice of Intent to Rely on Third Amended Petition and Request for Leave to File Traverse, IT IS ORDERED that petitioner file a traverse no later than 90 days from the date of this Order.

Dated this 17th of October, 2014.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER GRANTING LEAVE TO FILE TRAVERSE - 1